# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. CV414-222<br>) |
| THUNDERBOLT HARBOUR PHASE II CONDOMINIUM ASSOCIATION, INC. et al., | )<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

The Court having reviewed and considered the petition of Mary A. Palma of the law firm of Nall & Miller, LLP, 235 Peachtree Street, N.E., Suite 1500, North Tower, Atlanta, Georgia 30303, for permission to appear pro hac vice on behalf of plaintiff The Cincinnati Insurance Company, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Mary A. Palma, as counsel of record for plaintiff The Cincinnati Insurance Company, in this case.

**SO ORDERED** this __20th__ day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA